HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| M.C. and S.C., parents of S.C.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SEATTLE SCHOOL DISTRICT #1,<br><br>    Defendant | Case No. CV04-1459P<br><br>STIPULATION AND AGREED ORDER TO EXTEND NOTING DATE IN PLAINTIFFS' FRCP 54(d) MOTION |

**INTRODUCTION**

Plaintiffs M.C. and S.C. and Defendant Seattle School District ("SSD") agree that the noting date for Plaintiff's Rule 54(d) motion should be moved pursuant to FRCP local rule 7(d)(2)(A) to June 17, 2005 to give the parties additional time to engage in settlement negotiations.

STIPULATION AND AGREED ORDER TO TRIAL IN BRIEF- 1

Law Offices of Charlotte Cassady
4627 52nd Avenue South
Seattle, Washington 98118
Phone 206-264-9420
Fax 206-264-9431

**STIPULATIONS**

1. The parties agree that the noting date of Plaintiffs' FRCP 54(d) motion should be extended to June 17, 2005 in order to give the parties additional time to engage in settlement negotiations.

2. The parties agree that the Plaintiffs filed their Rule 54(d) motion in a timely fashion and that no prejudice should result from this extension.


s/ Charlotte Cassady
Charlotte Cassady
Attorney for Plaintiffs


s/Tracy M. Miller
Tracy Miller, WSBA # 24281
Of Karr Tuttle Campbell
Attorneys for Defendant

**ORDER**

THIS COURT, having considered the stipulations set forth above and the pleadings, motions, and other papers submitted in the above-captioned cause by both Plaintiffs and Defendant,

ORDERS that the noting date for Plaintiffs' Rule 54(d) motion shall be extended to June 17, 2005 pursuant to FRCP 7(d)(2)(A) and that this shall have no effect on the timeliness of Plaintiffs' FRCP 54(d) motion for attorney's fees and costs.

DONE IN OPEN COURT this _____ day of _____, 2005.


_____/s Marsha J. Pechman_____
Honorable Marsha J. Pechman

STIPULATION AND AGREED ORDER TO TRIAL IN BRIEF- 2

Law Offices of Charlotte Cassady
4627 52nd Avenue South
Seattle, Washington 98118
Phone 206-264-9420
Fax 206-264-9431

Respectfully submitted, this 31 day of May, 2005, by

s/ Charlotte Cassady
Charlotte Cassady
Attorney for Plaintiffs

s/Tracy M. Miller
Tracy Miller, WSBA # 24281
Of Karr Tuttle Campbell
Attorneys for Defendant

STIPULATION AND AGREED ORDER TO TRIAL IN BRIEF- 3

Law Offices of Charlotte Cassady
4627 52nd Avenue South
Seattle, Washington  98118
Phone 206-264-9420
Fax 206-264-9431

1

CERTIFICATE OF SERVICE

2

3       I hereby certify that on the 31st day of May, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

4       Charlotte Cassady at cdcassady@aol.com

5

6       s/Tracy M. Miller
Tracy M. Miller, WSBA #24281
Attorneys for Defendant
7   Karr Tuttle Campbell
1201 Third Avenue, Suite 2900
8   Seattle, WA 98101-3028
(206) 223-1313
9   (206) 682-7100 (Facsimile)
tmiller@karrtuttle.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND AGREED ORDER TO TRIAL IN BRIEF- 4

Law Offices of Charlotte Cassady
4627 52nd Avenue South
Seattle, Washington  98118
Phone 206-264-9420
Fax 206-264-9431