HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| M.C. and S.C., parents of S.C.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SEATTLE SCHOOL DISTRICT #1,<br><br>　　　　　　　Defendant | Case No. CV04-1459P<br><br>STIPULATION AND AGREED ORDER TO EXTEND NOTING DATE IN PLAINTIFFS' FRCP 54(d) MOTION |

## INTRODUCTION

Plaintiffs M.C. and S.C. and Defendant Seattle School District ("SSD") agree that the noting date for Plaintiff's Rule 54(d) motion should be moved pursuant to FRCP local rule 7(d)(2)(A) to July 1, 2005, with Plaintiff's Reply due June 30, 2005, to give the parties additional time to engage in settlement negotiations.

## STIPULATIONS

STIPULATION AND AGREED ORDER TO
EXTEND NOTING DATE- 1

Law Offices of Charlotte Cassady
705 Second Avenue, Suite 1300
Seattle, Washington 98104
Phone 206-264-9420
Fax 206-264-9431

1. The parties have been engaging in intense settlement negotiations over the last 48 hours and believe they are close to settling this case. However, the parties agree they will not be able to settle the case and draft and execute a settlement agreement before the due date for Plaintiff's Reply in the motion currently noted for June 17, 2005. The parties are requesting an extension of the noting date in order to avoid further accrual of attorney's fees by Plaintiffs, and so that Plaintiff's counsel will be able to focus on attempting to settle the case, rather than drafting a Reply.

2. The parties agree that the noting date of Plaintiffs' FRCP 54(d) motion should be extended to July 1, 2005 in order to give the parties additional time to engage in settlement negotiations and, if the case settles, to draft and execute a settlement agreement.

3. The parties agree that the Plaintiffs filed their Rule 54(d) motion in a timely fashion and that no prejudice should result from this extension.


ss/  Charlotte Cassady_____
Charlotte Cassady
Attorney for Plaintiffs


s/Tracy M. Miller_____
Tracy M. Miller, WSBA # 24281
Of Karr Tuttle Campbell
Attorneys for Defendant

## ORDER

THIS COURT, having considered the stipulations set forth above and the pleadings, motions, and other papers submitted in the above-captioned cause by both Plaintiffs and Defendant,

STIPULATION AND AGREED ORDER TO
EXTEND NOTING DATE- 2

Law Offices of Charlotte Cassady
705 Second Avenue, Suite 1300
Seattle, Washington  98104
Phone 206-264-9420
Fax 206-264-9431

ORDERS that the noting date for Plaintiffs' Rule 54(d) motion shall be extended to July 1, 2005 pursuant to FRCP 7(d)(2)(A) and that this shall have no effect on the timeliness of Plaintiffs' FRCP 54(d) motion for attorney's fees and costs.

DONE IN OPEN COURT this __16th____ day of __June, 2005.

_/s Marsha J. Pechman_____
Honorable Marsha J. Pechman

Respectfully submitted, this 15 day of June, 2005, by

Ss/ Charlotte Cassady_____ _____
Charlotte Cassady
Attorney for Plaintiffs

s/Tracy M. Miller_____
Tracy M. Miller, WSBA # 24281
Of Karr Tuttle Campbell
Attorneys for Defendant

STIPULATION AND AGREED ORDER TO EXTEND NOTING DATE- 3

Law Offices of Charlotte Cassady
705 Second Avenue, Suite 1300
Seattle, Washington 98104
Phone 206-264-9420
Fax 206-264-9431