HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| M.C. and S.C., parents of S.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>SEATTLE SCHOOL DISTRICT #1,<br><br>    Defendant | Case No. CV04-1459P<br><br>STIPULATION AND AGREED ORDER TO EXTEND NOTING DATE IN PLAINTIFFS' FRCP 54(d) MOTION |

## INTRODUCTION

Plaintiffs M.C. and S.C. and Defendant Seattle School District ("SSD") agree that the noting date for Plaintiff's Rule 54(d) motion should be moved pursuant to FRCP local rule 7(d)(2)(A) to July 15, 2005, with Plaintiff's Reply due July 14, 2005, to give the parties additional time to engage in settlement negotiations.

STIPULATION AND AGREED ORDER TO
EXTEND NOTING DATE- 1

Law Offices of Charlotte Cassady
705 Second Avenue, Suite 1300
Seattle, Washington 98104
Phone 206-264-9420
Fax 206-264-9431

**STIPULATIONS**

1. The parties have arrived at a tentative settlement agreement. Terms that had to be satisfied in fact by one party appear to have been satisfied. However, the parties are still negotiating the language of the written settlement agreement containing terms to be satisfied in the future. No settlement agreement has been executed yet. The parties are requesting an extension of the noting date in order to avoid further accrual of attorney's fees by Plaintiffs while the parties negotiate the language of the settlement agreement.

2. The parties agree that the noting date of Plaintiffs' FRCP 54(d) motion should be extended to July 15, 2005 in order to give the parties additional time to engage in settlement negotiations and, if the case settles, to draft and execute a settlement agreement.

3. The parties agree that the Plaintiffs filed their Rule 54(d) motion in a timely fashion and that no prejudice should result from this extension.


ss/  Charlotte Cassady_____
Charlotte Cassady
Attorney for Plaintiffs


s/Tracy M. Miller_____
Tracy M. Miller, WSBA #24281
Of Karr Tuttle Campbell
Attorneys for Defendant

**ORDER**

THIS COURT, having considered the stipulations set forth above and the pleadings, motions, and other papers submitted in the above-captioned cause by both Plaintiffs and Defendant,

STIPULATION AND AGREED ORDER TO EXTEND NOTING DATE- 2

Law Offices of Charlotte Cassady
705 Second Avenue, Suite 1300
Seattle, Washington  98104
Phone 206-264-9420
Fax 206-264-9431

1      ORDERS that the noting date for Plaintiffs' Rule 54(d) motion shall be extended to July 15, 2005 pursuant to FRCP 7(d)(2)(A) and that this shall have no effect on the timeliness of Plaintiffs' FRCP 54(d) motion for attorney's fees and costs.

     DONE IN OPEN COURT this __7th_ day of ____July_____, 2005.

     ___/s Marsha J. Pechman_____
     Honorable Marsha J. Pechman

     Respectfully submitted, this 27 day of July, 2005, by

     Ss/ Charlotte Cassady_____  _____
     Charlotte Cassady
     Attorney for Plaintiffs

     s/Tracy M. Miller_____
     Tracy M. Miller, WSBA #24281
     Of Karr Tuttle Campbell
     Attorneys for Defendant

STIPULATION AND AGREED ORDER TO EXTEND NOTING DATE- 3

Law Offices of Charlotte Cassady
705 Second Avenue, Suite 1300
Seattle, Washington 98104
Phone 206-264-9420
Fax 206-264-9431