1

2                                                    HONORABLE MARSHA J. PECHMAN

3

4                          UNITED STATES DISTRICT COURT
5                          WESTERN DISTRICT OF WASHINGTON

6

7    M.C. and S.C., parents of S.C.,                      Case No. CV04-1459P

8                    Plaintiffs,                           ORDER GRANTING PLAINTIFFS' MOTION
                                                           TO STRIKE FRCP 54(d) MOTION FOR
9         v.                                               ATTORNEY'S FEES AND COSTS

10   SEATTLE SCHOOL DISTRICT #1,

11                   Defendant

12

13          THIS COURT, having considered all the pleadings submitted in the above-captioned

14   cause by both Plaintiffs and Defendant, and the declarations in support thereof, hereby

15          ORDERS that the pending motion by Plaintiffs for an award of attorney's fees and costs

16   under FRCP 54(d)(2) is stricken.

17
            DONE IN OPEN COURT this __28th_ day of __July__, 2005.
18

19

20          __/s Marsha J. Pechman_____
            Honorable Marsha J. Pechman
21

22          Respectfully submitted, this 26 day of July, by

23          s/ Charlotte Cassady
            Charlotte Cassady
24          Attorney for Plaintiffs

25   ORDER GRANTING PLAINTIFFS' MOTION
     TO STRIKE FRCP 54(d) MOTION FOR
     ATTORNEY'S FEES AND COSTS - 1

Law Offices of Charlotte Cassady
The Hoge Building
705 Second Avenue, Suite 1300
Seattle, Washington 98104
Phone 206-264-9420
Fax 206-264-9431